| | | | |
|---|---|---|---|
| Com. v. Jamale | 605 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/21/2017 | CP–25–CR–0003559–<br>2014<br>(Erie) |
| Wesbanco Bank v. Beattie | 739 WDA 2016<br>Affirmed | 02/21/2017 | 2013–3649<br>(Cambria) |
| Com. v. McGill | 1023 WDA 2016<br>Affirmed and<br>Vacated | 02/21/2017 | CP–02–CR–0003260–<br>2015<br>CP–02–CR–0003489–<br>2015<br>CP–02–CR–0003490–<br>2015<br>(Allegheny) |
| Com. v. Pettaway | 1203 WDA 2016<br>Affirmed | 02/21/2017 | CP–02–CR–0005725–<br>2006<br>CP–02–CR–0005729–<br>2006<br>CP–02–CR–0006010–<br>2006<br>CP–02–CR–0006031–<br>2006<br>(Allegheny) |
| Com. v. McGill | 1209 WDA 2016<br>Affirmed and<br>Vacated | 02/21/2017 | CP–02–CR–0003260–<br>2015<br>CP–02–CR–0003489–<br>2015<br>CP–02–CR–0003490–<br>2015<br>(Allegheny) |
| Com. v. Allen | 1076 EDA 2015<br>Vacated and<br>Remanded | 02/22/2017 | CP–51–CR–0003272–<br>2012<br>(Philadelphia) |
| Com. v. Dessiso | 1096 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/22/2017 | CP–51–CR–0003526–<br>2010<br>(Philadelphia) |
| Com. v. Regustors | 2023 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/22/2017 | CP–51–CR–0001677–<br>2011<br>(Philadelphia) |
| Com. v. Woodberry | 2717 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/22/2017 | CP–51–CR–0001998–<br>2015<br>(Philadelphia) |
| Com. v. Henderson | 2986 EDA 2015<br>Affirmed | 02/22/2017 | CP–51–CR–0710351–<br>1981<br>(Philadelphia) |